CHARLES H. BALL et al., Appellants, *v.* THE ALBANY CITY
NATIONAL BANK et al., Respondents.

(Argued April 24, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon

an order made May 8, 1894, which affirmed a judgment in favor of defendants dismissing the complaint upon the merits entered upon the report of a referee.

*Matthew Hale* for appellants.

*Edwin Countryman* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.